IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| BRIAN K. WOOSLEY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:26-CV-00206-AR<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

After consideration of Plaintiff's Unopposed Motion, it is hereby ORDERED that attorney fees in the amount of $8,000.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA) subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff shall also be awarded costs in the amount of $405.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920

If the EAJA fees are not subject to an offset as described in *Ratliff*, the fees and costs shall be made payable to Osterhout Berger Daley, LLC, according to the terms of the fee agreement. Osterhout Berger Daley, LLC, shall refund any funds paid toward the costs.

IT IS SO ORDERED.

DATED this 19th day of November, 2026.

HONORABLE JEFF ARMISTEAD
UNITED STATES MAGISTRATE JUDGE